≈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__  DISTRICT OF  __New York__

**APPEARANCE**

Bailey v. City of New York, et. al.    Case Number: 07 CV 7781

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The City of New York

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/14/2007 | *[signature]* Mary O'Flynn |
| Date | Signature |
| | Mary O'Flynn — MO 8688 |
| | Print Name / Bar Number |
| | 100 Church St., Rm. 3-181 |
| | Address |
| | New York / NY / 10007 |
| | City / State / Zip Code |
| | (212) 788-0886 / (212) 788-0776 |
| | Phone Number / Fax Number |