

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2007

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**Mary O'Flynn**
*Assistant Corporation Counsel*
Tel.: (212) 788-0886
Fax: (212) 788-9776

September 17, 2007



BY HAND
Honorable William H. Pauley
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Bailey v. The City of New York, et al.</u> 07 CV 7781 (ENV) (SMG)

Dear Judge Pauley:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the supervising attorney for defendant City of New York ("City"). This case has been assigned to Assistant Corporation Counsel Meghan Cavalieri, who is presently awaiting admission to the Southern District of New York and is handling this matter under supervision. Ms. Cavalieri may be reached directly at (212) 788-6405. I am writing with the consent of plaintiff's counsel Matthew Flamm, Esq. to respectfully request a sixty-day enlargement of time, from September 20, 2007 to November 19, 2007, within which the City may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time in this action.

The complaint alleges, inter alia, that plaintiff Dahania Bailey was subjected to excessive force in the course of an arrest. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to investigate the matter.

In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer the complaint until November 19, 2007.

*application granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
9/26/2007

Thank you for your consideration in this regard.

Respectfully submitted,

Mary O'Flynn (MO 8688)
Senior Counsel
Special Federal Litigation Division

cc:
BY FAX
Matthew Flamm, Esq.
The Law Office of Matthew Flamm
26 Court Street, Suite 600
Brooklyn, New York 11242
Fax: (718) 522-2026