✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DEHAINA BAILEY

v.

CITY OF NEW YORK, et al.

## APPEARANCE

Case Number: 07 CV 7781 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

October 11, 2007
Date

*Signature:* Meghan Cavalieri

Print Name: Meghan A. Cavalieri

Bar Number: MC 6758

Address: 100 Church Street

City: New York, NY   State: 10007   Zip Code:

Phone Number: (212) 788-6405   Fax Number: (212) 788-9776