UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
DEHAINA BAILEY, by his mother and natural guardian
Marcia Murray,

                            Plaintiffs,              **NOTICE OF APPEARANCE**

    -against-

                                                                07 CV 7781 (WHP)

THE CITY OF NEW YORK, "JOHN DOE 1-5, the names
Being fictitious and presently unknown, being Police
Officers employed by the City of New York,

                            Defendants.
------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that **Meghan Ann Cavalieri**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant The City of New York, having replaced Assistant Corporation Counsel Mary O'Flynn, effective October 11, 2007.

Dated: New York, New York
       October 11, 2007

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel
                                            of the City of New York
                                            Attorney for Defendant City of New York
                                            100 Church Street, Room 6-307
                                            New York, New York 10007
                                            (212) 788-6405

                             By: *[signature]*
                                            Meghan A. Cavalieri (MC 6758)
                                            Assistant Corporation Counsel
                                            Special Federal Litigation Division

TO:    <u>Via ECF and FAX</u>
          Matthew Flamm, Esq.
          The Law Office of Matthew Flamm
          26 Court Street, Suite 600
          Brooklyn, NY 11242
          Fax: (718) 522-2026