UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
:
DEHAINA BAILEY,                                              07 Civ. 7781 (WHP)
:
          Plaintiff,                                       SCHEDULING ORDER No. 1
:
          -against-
:
THE CITY OF NEW YORK et al.,
:
          Defendants.
:
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

      Counsel for the parties having appeared for a December 21, 2007 conference, the following is established on consent:

    (1) Plaintiff shall serve and file an amended complaint by January 31, 2008;

    (2) All discovery shall be completed by May 30, 2008;

    (3) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by June 30, 2008; and

    (4) This Court will hold a final pre-trial conference on July 18, 2008 at 10:15 a.m.

Dated: December 21, 2007
      New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

Matthew Spencer Flamm, Esq.
Law Offices of Matthew Flamm
26 Court Street
Suite 600
Brooklyn, NY 11242
*Counsel for Plaintiff*

Meghan Ann Cavalieri, Esq.
Mary Theresa O'Flynn, Esq.
Office of Corporation Counsel NYC
100 Church Street
New York, NY 10007
*Counsel for Defendant the City of New York*