

# MATTHEW FLAMM

ATTORNEY AND COUNSELLOR AT LAW

26 COURT STREET, SUITE 600

BROOKLYN, NEW YORK 11242

matthewflamm@msn.com

(718) 797-3117      FAX (718) 522-2026

By Hand

March 5, 2008

The Honorable William H. Pauley
United States District Court
500 Pearl Street
New York, New York 10007

Re:   Dahaina Bailey v. City of New York and Others
      07 CV 7781 (WHP)

Your Honor:

     I represent plaintiff in the above-referenced §1983 civil rights action alleging police misconduct. <u>I write jointly requesting that Your Honor permit plaintiff to file the First Amended Complaint by March 12, 2008.</u>

     Your Honor permitted plaintiff until January 31, 2008 in which to file and serve an amended pleading. I timely emailed the document to the Clerk and defendant City of New York without first physically filing it. When I went to file the pleading and obtain an amended summons, the Clerk informed me that the pleading had to be physically filed before emailing.

     Plaintiff, therefore, asks that Your Honor permit plaintiff until March 12 in which to file the First Amended Complaint. The two newly-added defendants have already answered and the parties do not seek adjustment of any other pretrial dates.

Respectfully submitted,

Matthew Flamm

cc:   Meghan Cavalieri
      New York City Law Department
        Attorney for defendant City of New York
        (By Facsimile Transmission and Mail)

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

3/6/2008