UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DEHAINA BAILEY,

                Plaintiff,        07 Civ. 7781 (WHP)

      -against-                ORDER REFERRING CASE
                                             TO MAGISTRATE JUDGE
THE CITY OF NEW YORK et al.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2008

        The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ____ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositve Motion/Dispute* _____ _____ | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| _X_ | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | | | _____ All such motions: ____ |

=================================================================
* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: April 7, 2008
       New York, New York

                                                  UNITED STATES DISTRICT JUDGE
                                                  WILLIAM H. PAULEY III

*Copies mailed to:*

Matthew Spencer Flamm, Esq.
Law Offices of Matthew Flamm
26 Court Street
Suite 600
Brooklyn, NY 11242
*Counsel for Plaintiff*

Meghan Ann Cavalieri, Esq.
Mary Theresa O'Flynn, Esq.
NYC Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*

Hon. Frank Maas