**MEMO ENDORSED**



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

RECEIVED
APR 2 2008
U.S. MAGISTRATE JUDGE

Meghan A. Cavalieri
*Assistant Corporation Counsel*
Tel.: (212) 788-6405
Fax: (212) 788-9776
e-mail: mcavalie@law.nyc.gov

April 24, 2008

BY HAND
Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*The conference will be cancelled if counsel sign and fax back to my Chambers a "Thirty day" stipulation and order in the form annexed hereto.*

*FMaas, USMJ, 4/24/08*

Re: Bailey v. The City of New York, et al. 07 CV 7781 (WHP)(FM)

Dear Magistrate Judge Maas:

    I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action was settled today and accordingly the settlement conference originally scheduled for May 30, 2008 at 2:30 p.m. is no longer necessary. The executed STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE will be submitted to the Court shortly.

Respectfully submitted,

Meghan Cavalieri
Meghan A. Cavalieri (MC 6758)
Special Federal Litigation Division

cc:    Honorable William H. Pauley
       United States District Court Judge

       Matthew Flamm, Esq.
       Attorney for Plaintiff
       26 Court Street, Suite 600
       Brooklyn, New York 11242

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                           :

            Plaintiff(s),        :      ORDER OF DISCONTINUANCE

-against-                      :      Civ.    (  )(FM)

                                           :

           Defendant(s).      :
------------------------------------------------------------x

       It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

       ORDERED that said action be and hereby is, discontinued with/without prejudice and with/without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.


DATED:     New York, New York
                   , 200


                                            FRANK MAAS
                                     United States Magistrate Judge


Attorney(s) for Plaintiff                         Attorney(s) for Defendant


Agreed and Consented to:                     Agreed and Consented to: