UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :
DEHAINA BAILEY,
                                          :
        Plaintiff,                07 Civ. 7781 (WHP)
                                          :
        -against-                ORDER
                                          :
THE CITY OF NEW YORK et al.,
                                          :
        Defendants.
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been or will be settled, it is ordered that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order.  The Clerk of Court is directed to mark this case closed.

Dated:    April 24, 2008
           New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                         U.S.D.J.

*Counsel of Record:*

Matthew Spencer Flamm, Esq.
Law Offices of Matthew Flamm
26 Court Street
Suite 600
Brooklyn, NY 11242
*Counsel for Plaintiff*

Meghan Ann Cavalieri, Esq.
Mary Theresa O'Flynn, Esq.
Office of Corporation Counsel NYC
100 Church Street
New York, NY 10007
*Counsel for Defendant the City of New York*