UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

Dehaina Bailey,

        Plaintiff(s),

-against-

City of New York et. al.,

        Defendant(s).
----------------------------------------------------------x

ORDER OF DISCONTINUANCE

07 Civ. 7781 (WHP)(FM)

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with/without prejudice and with/without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
               , 200

                                                          FRANK MAAS
                                         United States Magistrate Judge

_____        Meghan Cavalieri
Attorney(s) for Plaintiff               _____
                                                  Attorney(s) for Defendant

Agreed and Consented to:                      Agreed and Consented to:

_____        Meghan Cavalieri