UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

DEHAINA BAILEY,

                          Plaintiff,

- against -

THE CITY OF NEW YORK, DENNIS
O'SULLIVAN, JOSEPH BURKE, and
"JOHN DOE 1-4," the names being fictitious
and presently unknown, being Police Officers
employed by the City of New York,

                          Defendants.

----------------------------------------------------------x

**STIPULATION AND
ORDER OF SETTLEMENT
AND DISCONTINUANCE**
07 Civ. 7781 (WHP)(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2008

       **WHEREAS,** plaintiff commenced this action by filing a complaint and amended complaint on or about August 31, 2007 and March 7, 2008, respectively, alleging that defendants violated his federal civil and state common law rights; and

       **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without defendants admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

       1.     The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

       2.     Defendant City of New York hereby agrees to pay plaintiff the total sum of TWENTY SEVEN THOUSAND FIVE HUNDRED DOLLARS ($27,500) in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against the City of New York, Dennis O'Sullivan, Joseph Burke, "John Doe 1-4," and any present or former employees or agents of the New York City Police Department and the City of New York, from any and all liability, and any and all claims which were or could have been alleged in the complaint or

amended complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
April 29, 2008

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants

_____
Matthew Flamm
Attorney for Plaintiff
26 Court Street, Suite 600
Brooklyn, N.Y. 11242
(718) 797-3117

By: Meghan Cavalieri
Assistant Corporation Counsel
100 Church Street
New York, New York 10007
(212) 788-6405

SO ORDERED:

_____
U.S.D.J.